# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE HITCHO JR.,** | : **CIVIL ACTION** |
| Petitioner | : |
| v. | : |
| | : NO. 16-1156 |
| **JOHN E. WETZEL,** *et al.,* | : |
| Respondents | : |

## ORDER

**AND NOW**, this 14th day of October 2016, upon consideration of Petitioner's Motion to expand our March 16, 2016 appointment of the Federal Defenders as *habeas* counsel to now also represent him as co-counsel in ongoing Pennsylvania Post Conviction Relief Act proceedings (ECF Doc. No. 8), the Respondents' Opposition (ECF Doc. No. 15), Petitioner's Reply (ECF Doc. No. 18) and for reasons in the accompanying Memorandum, it is **ORDERED** Petitioner's Motion for expansion (ECF Doc. No. 8) is **DENIED.**[1]

KEARNEY, J.

---

[1] On September 20, 2016, we partially granted this same motion only to permit an extension of time (ECF Doc. No. 13). Nothing in this Order affects our September 20, 2016 Order.